

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable D. W. Stakes
General Manager
Texas Prison System
Huntsville, Texas

Dear Mr. Stakes:            Opinion No. 0-4993

Re: Authority of the Manager of
the Texas Prison System to
sell 600-ton hydraulic press
owned by the Texas Prison
System.

        We beg to acknowledge receipt of your latter ask-
ing for an opinion from this Department, as follows:

        "We are in receipt of a communication
    from the War Production Board requesting
    us to either sell or lease to the Pittsburg
    Coke & Iron Company, Pittsburg, Pa. a 600-
    ton hydraulic press owned by the Texas
    Prison System.

        "They also advise that this press is
    needed on a very important war contract.

        "Please advise whether or not the
    General Manager of the Texas Prison System,
    with the consent of the Prison Board, has
    the authority to negotiate a sale or lease
    of this press."

        Article 6166o, Vernon's Revised Civil Statutes, is
as follows:

        "The Board shall have power to author-
    ize the manager to sell and dispose of all
    products of all farms and industries con-

823

nected with the prison system and all personal and moveable property, at such prices and on such terms and render such rules as it may deem best and adopt; and it may lease any real estate for agricultural or grazing purposes or lease other fixed property and appurtenances belonging thereto upon such terms as it may deem advantageous to the interests of the prison system."

The language "all personal and moveable property" in the above grant of power, is sufficient, we think, to authorize the manager of the Texas Prison System upon being authorized by the Board so to do, to "sell and dispose" of the property described by you.

Of course, the action of the Board will be governed by the consideration whether or not such sale and disposition of the property will be advantageous to the interests of the Prison System.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR